UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 10-08015 DMG (JEMx)** | Date | November 30, 2010 |
|---|---|---|---|

| Title | *Deutsche Bank National Trust Company v. Elias Hernandez, et al.* | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER REMANDING ACTION TO STATE COURT**

On September 8, 2010, Plaintiff Deutsche Bank National Trust Company ("Deutsche Bank") filed a complaint in Los Angeles County Superior Court against Defendant Elias Hernandez and Doe defendants "I" through "X" for unlawful detainer. Deutsche Bank seeks possession of real property and restitution for Plaintiff's use and occupancy of the property in the amount of $45.37 per day starting on August 20, 2010. (Compl. at 2-3.) The complaint raises no federal question and Deutsche Bank demands less than $10,000 in damages. (*Id.* at 1.)

Defendant removed the case to this Court on October 25, 2010. On November 22, 2010, the Court issued an Order to Show Cause ("OSC") why this action should not be remanded to state court as improperly removed as there was no apparent basis for federal jurisdiction. On November 29, 2010, Plaintiff filed his Response to the OSC, in which he requests that the Court remand this case to the Superior Court.

In light of the foregoing, this action hereby **REMANDED** to Los Angeles County Superior Court.

**IT IS SO ORDERED.**